**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. __25-8480-BER_____

**UNITED STATES OF AMERICA**

**v.**

**JUSTIN DEALDRE SPENCE,**

_____Defendant._____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? ☐ Yes ☑ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes ☑ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: _Rinku Tribuiani_____

RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.      0150990
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:      (561) 820-8711
Fax:     (561) 820-8777
Email:  Rinku.Tribuiani@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JUSTIN DEALDRE SPENCE, | )    Case No.   25-8480-BER |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____08/31/2025_____ in the county of _____Palm Beach_____ in the

_____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 952(a) | Possession with the intent to distribute five kilograms or more of cocaine, and importation of five kilograms or more of cocaine into the United States. |

FILED BY _____ **TM** _____ D.C.

**Sep 2, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

SEAN R COHEN
Digitally signed by SEAN R COHEN
Date: 2025.09.02 13:44:41 -04'00'

_____
*Complainant's signature*

Sean Cohen, HSI Special Agent
_____
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Digitally signed by Bruce Reinhart
Date: 2025.09.02 14:40:43 -04'00'

Date: _____

_____
*Judge's signature*

City and state: _____West Palm Beach, FL_____      Bruce E. Reinhart, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sean R. Cohen, first being duly sworn, depose and state as follows:

### Introduction

1.      I am a Special Agent (S/A) with the Department of Homeland Security, Homeland Security Investigations (HSI) assigned to the HSI West Palm Beach, Florida office.  I have been employed by HSI since 2011.  I have successfully completed the Criminal Investigator Training Program and Special Agent Training at the Federal Law Enforcement Training Center in Glynco, Georgia.  Among my responsibilities as a HSI Special Agent, I am trained and empowered to investigate crimes against the United States, as more fully described in Titles 8, 18, 19, and 21 of the United States Code.

2.      The facts set forth in this affidavit are based on my personal knowledge, information obtained in this investigation from others, including other law enforcement officers, my review of documents, pictures and computer records related to this investigation, and information gained through training and experience.  Because this affidavit is being submitted for the limited purpose of establishing probable cause to support a Criminal Complaint, I have not included each and every fact known to me and law enforcement concerning this investigation, but have set forth only those facts necessary to establish probable cause to believe that on or about August 31, 2025, Justin Dealdre SPENCE (Bahamian national) committed the crimes of possession with the intent to distribute five (5) kilograms or more of cocaine, and importation of five (5) kilograms or more of cocaine into the United States, in violation of 21 U.S.C. §§ 841(a)(1) and 952(a).

### Probable Cause

3.      On Sunday, August 31, 2025, a Palm Beach County Sheriff's Office (PBSO)

1

Marine unit picked up a target of interest (TOI) vessel on radar about 17 nautical miles (NM) east of Boynton Inlet, heading inbound towards the United States.  A PBSO marine unit then positioned itself to intercept the TOI east of Boynton Inlet.  As the TOI approached the PBSO vessel, which was now approximately 2 miles east of the Boynton Inlet, the TOI made a hard turn heading northbound.  The PBSO marine unit conducted a stop, and Justin Dealdre SPENCE, the TOI operator and sole occupant of the vessel, said he was testing his boat motors offshore.  U.S. Customs and Border Protection (CBP) Air and Marine Operations (AMO) then requested the TOI be brought in for further inspection.  PBSO Deputy David Rutherford, who is cross sworn with HSI, had the authority to conduct a border search of the TOI.

4.      The TOI docked at the Lantana, FL boat ramp and as the TOI was docked, PBSO saw what appeared to be cold conch near the TOI and the dock.  Given the fact that the conch was cold to touch, agents had reason to believe that it had just been placed there by the TOI.  Because of the suspected fishing violation, the Florida Fish and Wildlife Conservation Commission (FWC) responded and assisted in searching the vessel.  FWC officers found out-of-season Grouper on the vessel and upon further inspection, FWC found large duffel bags containing packages and bottles of suspected narcotics near the vessel's center console.

5.      After the suspected contraband was found, SPENCE, the suspected contraband, and the vessel, which is registered to SPENCE, were transported to the U.S. Border Patrol Station in Riviera Beach, FL.  SPENCE's 2018 GMC pick-up and boat trailer, which are also registered to him, were transported from the Lantana Boat Ramp to the U.S. Border Patrol station.

6.     While at the U.S. Border Patrol Station, HSI and Drug Enforcement Administration (DEA) special agents and Border Patrol agents counted approximately 124 packages of suspected narcotics, totaling approximately 124 kilograms.  One of the packages was opened, and the substance within the package field-tested positive for cocaine.  Agents also counted approximately 98 bottles of suspected liquid codeine. Agents saw "codeine" as a listed ingredient on one of the bottles.  Each bottle contained approximately 125 milliliters, totaling 12.25 liters of suspected liquid codeine. The suspected cocaine and codeine were turned over to the DEA for processing and lab testing.  Law enforcement also found a suitcase on the TOI vessel.  The suitcase contained clothing, which was consistent with SPENCE's physical build, personal effects and U.S. currency.  HSI agents seized the currency, which was approximately $5,391.00.

7.     On Sunday, August 31, 2025, at approximately 2019 hours, HSI and DEA special agents attempted to interview SPENCE.  Upon being read his Miranda Rights, SPENCE invoked his right to an attorney, and the interview concluded.

8.     At SPENCE's request, agents contacted SPENCE's girlfriend to come and collect his suitcase.  SPENCE's girlfriend arrived and briefly spoke with agents.  She confirmed that SPENCE is a resident of the Bahamas.

9.     License plate readers showed that on the morning of August 14, 2025, SPENCE's vessel, truck and trailer travelled eastbound on Boynton Beach Boulevard towards the area of Harvey Oyer Boat Ramp.  Surveillance footage from the Boynton Inlet showed SPENCE's vessel (TOI) leaving the area of the Inlet.  Coastal radar systems showed SPENCE's vessel (TOI) travelling eastbound towards the Bahamas. Approximately 45-60 minutes later, LPR readers showed SPENCE's truck and trailer in

Broward County, indicating that additional individuals were driving the truck and trailer.

10.     Between August 14 and August 31, 2025, there were no LPR hits on SPENCE's trailer.

11.     On August 31, 2025, license plate readers showed SPENCE's truck and trailer leaving Broward County, entering Palm Beach County, and travelling eastbound on Lantana Road towards the Lantana Boat Ramp.  Coastal radar systems showed SPENCE's vessel (TOI) travelling westbound towards the United States. Surveillance footage from the Boynton Inlet showed SPENCE's vessel (TOI) arriving in the Inlet.   This footage contradicts SPENCE's claims that prior to his stop by law enforcement, he was testing his boat's motors offshore.

### Conclusion

12.     Based on the above facts and information, I submit there is probable cause to believe that on or about August 31, 2025, Justin Dealdre SPENCE committed the offenses of possession with the intent to distribute five (5) kilograms or more of cocaine, and importation of five (5) kilograms or more of cocaine into the United States from a place outside, in violation of 21 U.S.C. §§ 841(a)(1) and 952(a).

SEAN R COHEN          Digitally signed by SEAN R COHEN
                      Date: 2025.09.02 13:46:57 -04'00'

_____

Sean Cohen
Special Agent
Homeland Security Investigations

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime, this ____ day of September, 2025.

Digitally signed by Bruce Reinhart
Date: 2025.09.02 14:39:46 -04'00'

_____

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

4